# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1229**
**CA 11-02582**
PRESENT: CENTRA, J.P., PERADOTTO, SCONIERS, VALENTINO, AND MARTOCHE, JJ.

---

JOHN D. JUSTICE, CLAIMANT-APPELLANT,

V                                                                    ORDER

STATE OF NEW YORK, DEFENDANT-RESPONDENT.
(CLAIM NO. 116230.)

---

JOHN D. JUSTICE, CLAIMANT-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PAUL GROENWEGEN OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-----------------------------------------------------------------------------------------------

Appeal from an order of the Court of Claims (Renee Forgensi Minarek, J.), entered November 17, 2011. The order denied claimant's motions to compel disclosure and granted defendant's motion for a protective order.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  November 9, 2012                     Frances E. Cafarell
                                               Clerk of the Court